UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY ASBERRY,

　　　　　Plaintiff,

　　　v.

TAMMY FOSS, et al.,

　　　　　Defendants.

Case No. 19-cv-06311-YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. On April 20, 2020, the Court dismissed Plaintiff's complaint with leave to amend. Dkt. 14.

On May 4, 2020, Plaintiff filed his amended complaint. Dkt. 15. However, on May 18, 2020, Plaintiff filed a motion for extension of time to filed a second amended complaint ("SAC"). Dkt. 16. He states that he "believes in retrospect that he needs to file a [SAC] . . . ." *Id.* at 1.

Good cause appearing, the request is GRANTED. Plaintiff shall file his SAC on or by **July 17, 2020**.

**If Plaintiff fails to file a SAC by the deadline above, the Court will consider his amended complaint as the operative complaint in this action.**

The Court notes that this is the first extension in this case. The granting of regular requests for extension should not be expected.

This Order terminates Docket No. 16.

IT IS SO ORDERED.

Dated: June 25, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California