UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY ASBERRY,

        Plaintiff,

  v.

DENTIST GEORGE CALLINAN,

        Defendant.

Case No. 19-cv-06311-YGR (PR)

**ORDER REISSUING SERVICE ON DEFENDANT DENTIST GEORGE CALLINAN; AND DENYING AS MOOT PLAINTIFF'S PENDING DISCOVERY MOTION**

This is a civil rights case filed *pro se* by a state prisoner. In the initial review order, the Court ordered service on Defendant Salinas Valley State Prison ("SVSP") Facility-D Male Dentist G, who remains unserved. The SVSP litigation coordinator has informed the Court that this Defendant's full name is George Callinan. *See* Dkt. 30.

The Clerk of the Court is directed to reissue service on Defendant SVSP Dentist George Callinan with new copies of the Notice of Lawsuit and Request for Waiver of Service of Summons as well as all the documents outlined in the Court's January 13, 2021 Order, *see* Dkt. 27, by emailing CDCR_OLA_Service_of_Process@cdcr.ca.gov and/or mailing the documents to the **California Department of Corrections and Rehabilitation/Office of Legal Affairs, 1515 S St., Suite 314S, Sacramento, CA 95811**, pursuant to the request of the SVSP litigation coordinator, *see* Dkt. 30. The Clerk is also directed to serve a copy of this Order on Plaintiff.

Plaintiff's pending discovery motion, entitled "Motion to Conduct Appropriate Discovery to Obtain Sufficient Information to Accurately Name and Serve Process Dentist G," is DENIED as moot. Dkt. 28.

This Order terminates Docket No. 28.

IT IS SO ORDERED.

Dated: July 23, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge